Jim Mackie, SBN 013314
F. David Harlow, SBN 027547
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ 85718
Telephone: 520.544.0300
Fax: 520.544.9675
jim.mackie@ogletreedeakins.com
david.harlow@ogletreedeakins.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL G. DEMER,<br><br>          Plaintiff,<br><br>     v.<br><br>IBM CORPORATION LTD PLAN; and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendants. | No. 4:11-cv-00441-RCC<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD REQUESTS FOR ADMISSION, NON-UNIFORM INTERROGATORIES AND REQUESTS FOR PRODUCTION** |

NOTICE IS HEREBY GIVEN that, on this date, Defendants, by and through undersigned counsel, served their Responses to Plaintiff's Third Requests for Admissions, Non-Uniform Interrogatories and Requests for Production of Documents on Plaintiff, through his counsel, Barry Kirschner, Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C., via First Class U.S. Mail.

////

////

////

////

////

////

DATED this 29th day of March, 2012.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


        By:   s/Jim Mackie
              Jim Mackie
              F. David Harlow
              3430 E. Sunrise Drive, Suite220
              Tucson, AZ 85718
              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Barry Kirschner
Waterfall, Economidis, Caldwell,
Hanshaw & Villamana, P.C.
5210 E. Williams Circle
Tucson, AZ 85711-4482
Attorneys for Plaintiff


s/Dawn Leslie


11729885.1 (OGLETREE)

2